# EXHIBIT A

1999  15:36    13345653608                    DIXIE    INSTON                    PAGE  02

We, the undersigned, do hereby certify that Ronnie Hales and Jimmy Bottoms had watermelons during the crop years 1996, 1997, 1998 on Farm number 4774.

| Name | Address |
|---|---|
| Willie [illegible] | Rt 1 Box 188 Black |
| Ronnie S[illegible] | 308 W Cam[illegible] Ha[illegible] |
| Winton Fu[illegible] | 507 Magnolia Ave. Hartford, AL |
| Jimmy Stewart | Rt 1 Box 191 Black, AL |
| Ronnie Hales | Rt 3 Box 9 Hartford, AL. |

Exhibit 5, Page    of