**EXHIBIT B**

04/13/1999  15:36   13345653608                   DIXIE ag INSTON                         PAGE  01

We, the undersigned, do hereby certify that Ronnie Hales and Jimmy Bottoms had watermelons during the crop years 1996, 1997, 1998 on Farm number 4774.

| Name | Address |
|---|---|
| Jim Bottoms | Rt 1 Box 453 Black AL. 36314 |
| Joe Bottoms | Rt 1 Box 451 Black AL 36314 |
| Scottie Dansey | Rt 1 Box 224 Black AL 36314 |
| Bil Dillard | Rt 2 Box 805 Hartford AL 36344 |

Exhibit 5, Page       of