# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:05-CV-686-A ) |
| RONNIE B. HALES AND WINTON FULFORD, | ) ) ) |
| Defendants. | ) |

### NOTICE CONCERNING SETTLEMENT CONFERENCE & MEDIATION

COMES NOW the Plaintiff, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and the Defendants, by and through their undersigned counsel, and, pursuant to Section 3 of this Court's Uniform Scheduling Order dated December 8, 2005, respectfully submit this notice concerning settlement and mediation.

1. The parties' settlement negotiations are still ongoing. All parties have indicated that they believe this case should be resolved short of trial, and the negotiations are progressing in earnest. However, as of this date the parties have not reached an acceptable agreement.

2. The parties do not believe that formal mediation will assist them in reaching a settlement. However, the parties do believe that more time is necessary for them to pursue productive settlement discussions and to complete necessary discovery. Accordingly, a joint motion to extend all deadlines by 120 days is filed contemporaneously with this notice.

3. I, the undersigned Assistant United States Attorney, do hereby certify that undersigned counsel for Defendants Fulford and Hales and I have all reviewed and agreed to this notice.

Respectfully submitted this 24th day of May, 2006.

s/Stephen M. Doyle
STEPHEN M. DOYLE
Assistant United States Attorney
Chief, Civil Division
JAMES J. DUBOIS
Assistant United States Attorney
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail:  stephen.doyle@usdoj.gov
         james.dubois2@usdoj.gov

Attorneys for Plaintiff

s/Donald R. Jones, Jr.
DONALD R. JONES, Jr.
Attorney at Law, P.C.
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109
Telephone: (334) 277-3939
Facsimile: (334)277-3772
E-mail: don@djoneslaw.com

s/Ronald W. Wise
RONALD W. WISE
Law Offices of Ronald W. Wise
2000 Interstate Park Drive, Suite 105
Montgomery, AL 36109
Telephone: (334)260-0003
Facsimile: (334) 260-8005
E-mail: ronwwise@aol.com

Attorneys for Defendant Hales

s/Wade H. Baxley
WADE H. BAXLEY
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, AL 36302-1486
Telephone: (334)793-6550
Facsimile: (334)793-1433
E-mail:  whb@rbmlaw.org

Attorney for Defendant Fulford