## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-686-A |
| | ) | |
| **RONNIE B. HALES AND WINTON FULFORD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JOINT MOTION TO EXTEND ALL DEADLINES

COMES NOW the Plaintiff, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and the Defendants, by and through their undersigned counsel, and respectfully request that the Court extend all deadlines set by the Court's Uniform Scheduling Order by 120 days, including extending the discovery deadline from June 28, 2006, to and through October 28, 2006, and moving the trial from the August 28, 2006, trial term to the next available trial term in March 2007. As grounds for said motion, the parties show unto the Court the following:

1. This lawsuit is brought under the False Claims Act and under state law theories of payment by mistake and unjust enrichment. Plaintiff alleges that Defendant Hales and Defendant Fulford conspired to obtain federal crop insurance coverage for Defendant Hales to which Defendant Hales was not entitled, submitted false claims for payment to the United States, and obtained more than $2,000,000.00 due to their fraudulent conduct. Defendants deny these allegations.

2. Discovery is currently sent to close on June 28, 2006, and this case is set for trial during this Court's August 28, 2006, trial term in Dothan, Alabama.

3. The parties have exchanged written discovery and are currently working in good faith to resolve other discovery issues. Among other things, Plaintiff and Defendants have been working in good faith to schedule depositions in this case at a time that will minimize inconveniences to parties and counsel. The scheduling of depositions has been complicated by the fact that the deponents include out-of-state Federal officials and agents from the USDA, as well as witnesses that live throughout the State of Alabama. There are also a large number of witnesses that need to be deposed.

4. Due to these scheduling difficulties, the parties will not be able to complete depositions before the end of the current discovery period, which is set to expire on June 28, 2006.

5. Furthermore, the parties have also been discussing possible settlement of this case in earnest, and an extension of the deadlines will provide the parties adequate time to fully explore settlement options without having to possibly engage in costly, and ultimately unnecessary, discovery should the settlement discussions resolve this case.

6. In addition, undersigned counsel for Defendant Hales, Donald R. Jones, Esq., has a capital murder trial scheduled for the end of August that conflicts with the currently scheduled trial term.

7. Accordingly, to provide the parties sufficient time to fully explore settlement options and to complete necessary discovery, the parties request that the Court extend all deadlines in this case by 120 days, move the trial to the next trial term, and reset all pretrial deadlines accordingly.

8.      This rescheduling will prejudice no party in this case and will promote efficient use of the time and resources of the Court and the parties.

9.      I, the undersigned Assistant United States Attorney, do hereby certify that undersigned counsel for Defendants Fulford and Hales and I have all reviewed and agreed to jointly file this motion.

Respectfully submitted this 24th day of May, 2006.

s/Stephen M. Doyle
STEPHEN M. DOYLE
Assistant United States Attorney
Chief, Civil Division
JAMES J. DUBOIS
Assistant United States Attorney
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail:  stephen.doyle@usdoj.gov
         james.dubois2@usdoj.gov

Attorneys for Plaintiff

s/Donald R. Jones, Jr.
DONALD R. JONES, Jr.
Attorney at Law, P.C.
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109
Telephone: (334) 277-3939
Facsimile: (334)277-3772
E-mail: don@djoneslaw.com

s/Ronald W. Wise
RONALD W. WISE
Law Offices of Ronald W. Wise
2000 Interstate Park Drive, Suite 105
Montgomery, AL 36109
Telephone: (334)260-0003
Facsimile: (334) 260-8005
E-mail: ronwwise@aol.com

Attorneys for Defendant Hales

s/Wade H. Baxley
WADE H. BAXLEY
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, AL 36302-1486
Telephone: (334)793-6550
Facsimile: (334)793-1433
E-mail:  whb@rbmlaw.org

Attorney for Defendant Fulford