IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 1:05cv686-WHA ) |
| RONNIE B. HALES, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Joint Motion to Extend All Deadlines (Doc. #12), filed by the parties on May 24, 2006, and for good cause shown, the motion is GRANTED to the following extent:

1. Trial of this case is moved from the term of court commencing August 28, 2006, to the term of court commencing March 12, 2007, in Dothan, Alabama.

2. The parties are DIRECTED to file with the court **no later than June 9, 2006**, a new Report of Parties Planning Meeting requesting any specific date changes they wish to have made in the scheduling order previously entered in this case.

DONE this 25th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE