# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONNIE B. HALES AND WINTON ) | |
| FULFORD, ) | Civil Action No. 1:05-CV-686-A |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Robert C. Ward, Jr., with the law firm of Rushton, Stakely, Johnston & Garrett, and enters his appearance as one of the attorneys of record for the Defendant, Winton Fulford. This appearance is in addition to Wade H. Baxley of Ramsey, Baxley & McDougle.

All future correspondence, pleadings, notices and/or inquires should be directed to his attention at the address and telephone number listed below.

Respectfully submitted this 1st day of June 2006.

                                                        /s/Robert C. Ward, Jr.
                                                        Robert C. Ward, Jr. (WAR038)
                                                        One of the attorneys for Winton
                                                        Fulford

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3229
Facsimile: (334) 481-0828
E-mail: rcw@rsjg.com

Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, AL 36302-1486
Telephone: (334)793-6550
Facsimile: (334)793-1433
E-mail: whb@rbmlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2006, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notice of such filing to the following:

STEPHEN M. DOYLE
Assistant United States Attorney
Chief, Civil Division
JAMES J. DUBOIS
Assistant United States Attorney
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: stephen.doyle@usdoj.gov
　　　　 james.dubois2@usdoj.gov

Attorneys for Plaintiff

DONALD R. JONES, Jr.
Attorney at Law, P.C.
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109
Telephone: (334) 277-3939
Facsimile: (334)277-3772
E-mail: don@djoneslaw.com

s/Ronald W. Wise
RONALD W. WISE
Law Offices of Ronald W. Wise
2000 Interstate Park Drive, Suite 105
Montgomery, AL 36109
Telephone: (334)260-0003
Facsimile: (334) 260-8005
E-mail: ronwwise@aol.com

Attorneys for Defendant Hales