IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONNIE B. HALES AND WINTON )<br>FULFORD, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-686-A |

### REVISED REPORT OF PARTIES' PLANNING MEETING

1. **Appearances**  Pursuant to this Court's Order of May 25, 2006, the parties have discussed the following deadlines via telephone and/or email.

   Stephen M. Doyle
   James J. DuBois
   Office of the United States Attorney
   Attorney for Plaintiff

   Donald R. Jones, Jr.
   Ronald W. Wise
   Attorneys for Defendant Hales

   Wade H. Baxley
   Ramsey, Baxley & McDougle
   Attorney for Defendant Fulford

2. **Pre-Discovery Disclosures**  The parties have already exchanged the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan**  The parties jointly propose to the court the following discovery plan:

   a.   Discovery will be needed on the following subjects:

      1.   All information pertaining to Plaintiff's claims and damages.

      2.   All information pertaining to Defendants' defenses.

    b.    All discovery commenced in time to be completed by October 28, 2006.

    c.    There will be a maximum of 30 interrogatories by each party to any other party. The responses will be due 30 days after service.

    d.    There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

    e.    There will be a maximum of 30 requests for admission by each party to any other party. Responses will be due 30 days after service.

    f.    The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    The expert witness deadlines have passed.

    h.    Supplementation of the disclosures under Rule 26(e) will be due no later than 30 days before the end of the discovery period.

4.    **Other items**

    a.    **Scheduling Conference**
The parties do not request a conference with the court before entry of the scheduling order.

    b.    **Pretrial Conference**
The parties request a pretrial conference in February 2007.

    c.    **Additional Parties, Claims and Defenses**
The deadline for joining additional parties and amending the pleadings has passed.

    d.    **Dispositive Motions**
The dispositive motion deadline has passed.

    e.    **Settlement**
The parties are currently exploring the possibility of settlement.

    f.    **Trial Evidence**
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

g. **Trial Date**
   This case should be ready for trial by March 12, 2007, and at this time is expected to take approximately 2-3 days of trial time.

Date: June 1, 2006

s/James J. DuBois
STEPHEN M. DOYLE
Assistant United States Attorney
Chief, Civil Division
JAMES J. DUBOIS
Assistant United States Attorney
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail: stephen.doyle@usdoj.gov
        james.dubois2@usdoj.gov

Attorneys for Plaintiff

s/Donald R. Jones, Jr.
DONALD R. JONES, Jr.
Attorney at Law, P.C.
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109
Telephone: (334) 277-3939
Facsimile: (334)277-3772
E-mail: don@djoneslaw.com

s/Ronald W. Wise
RONALD W. WISE
Law Offices of Ronald W. Wise
2000 Interstate Park Drive, Suite 105
Montgomery, AL 36109
Telephone: (334)260-0003
Facsimile: (334) 260-8005
E-mail: ronwwise@aol.com

Attorneys for Defendant Hales

s/Wade H. Baxley
WADE H. BAXLEY
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, AL 36302-1486
Telephone: (334)793-6550
Facsimile: (334)793-1433
E-mail: whb@rbmlaw.org

Attorney for Defendant Fulford