IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:05cv686-WHA |
| ) | |
| RONNIE B. HALES, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Revised Report of Parties Planning Meeting (Doc. #15), filed by the parties on June 1, 2006, it is hereby

ORDERED that the Uniform Scheduling Order previously entered in this case (Doc. #10) is AMENDED to conform to the dates contained in the Revised Report of Parties Planning Meeting.

DONE this 2nd day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE