IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-686-A |
| | ) | |
| RONNIE B. HALES AND WINTON FULFORD, | ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND ALL DEADLINES**

COMES NOW the Plaintiff, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and the Defendants, by and through their undersigned counsel, and respectfully request that the Court extend all deadlines set by the Court's Uniform Scheduling Order dated June 2, 2006, including extending the current discovery deadline from October 28, 2006, and moving the trial from the March 12, 2007, trial term in Dothan to the September 24, 2007, trial term. As grounds for said motion, the parties show unto the Court the following:

1.  This lawsuit is brought under the False Claims Act and under state law theories of payment by mistake and unjust enrichment. Plaintiff alleges that Defendant Hales and Defendant Fulford conspired to obtain federal crop insurance coverage for Defendant Hales to which Defendant Hales was not entitled, submitted false claims for

payment to the United States, and obtained more than $2,000,000.00 due to their fraudulent conduct. Defendants deny these allegations.

2. Discovery is currently set to close on October 28, 2006, and this case is set for trial during this Court's March 12, 2007, trial term in Dothan, Alabama.

3. The parties have made their initial disclosures, have exchanged some written discovery, and are currently working in good faith to resolve other discovery issues. The parties will not be able to complete necessary depositions before the end of the current discovery period which is set to expire on October 28, 2006.

4. Moreover, the parties have been pursuing settlement negotiations in earnest. These negotiations have been productive to date, but the settlement negotiations have been complicated by the complex nature of this case and the necessity to obtain U.S. Department of Agriculture (USDA) approval for any settlement. An extension of the deadlines is necessary in order to allow the parties adequate time to fully explore settlement and to obtain necessary USDA approvals.

5. In addition, undersigned counsel for the United States James DuBois and his wife are expecting their first child in March 1997. He will be unable to participate in the trial if it is held in the March 12, 1997, trial term as currently scheduled.

6. Accordingly, to provide the parties sufficient time to fully explore settlement options and to complete necessary discovery in the event a settlement cannot be reached, the parties request that the Court reset the trial date for this case to the September 24, 2007, trial term and extend all current deadlines accordingly.

7.  This rescheduling will prejudice no party in this case and will promote efficient use of the time and resources of the Court and the parties.

8.  The parties will submit a revised report of planning meeting with their proposed new deadlines if the Court so desires.

9.  I , the undersigned Assistant United States Attorney, do hereby certify that undersigned counsel for Defendants Fulford and Hales and I have all reviewed and agreed to jointly file this motion.

Respectfully submitted this 24th day of October, 2006.

s/Stephen M. Doyle
STEPHEN M. DOYLE
Assistant United States Attorney
Chief, Civil Division
JAMES J. DUBOIS
Assistant United States Attorney
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail:  stephen.doyle@usdoj.gov
         james.dubois2@usdoj.gov

Attorneys for Plaintiff

s/Donald R. Jones, Jr.
DONALD R. JONES, Jr.
Attorney at Law, P.C.
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109
Telephone: (334) 277-3939
Facsimile: (334)277-3772
E-mail: don@djoneslaw.com

s/Ronald W. Wise
RONALD W. WISE
Law Offices of Ronald W. Wise
2000 Interstate Park Drive, Suite 105
Montgomery, AL 36109
Telephone: (334)260-0003
Facsimile: (334) 260-8005
E-mail: ronwwise@aol.com

Attorneys for Defendant Hales

                                                               s/Wade H. Baxley
                                                               WADE H. BAXLEY
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, AL 36302-1486
Telephone: (334)793-6550
Facsimile: (334)793-1433
E-mail: whb@rbmlaw.org

Attorney for Defendant Fulford

s/Robert C. Ward, Jr.
ROBERT C. WARD, JR.
Rushton, Stakeley, Johnston & Garrett
Post Office Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3229
Facsimile: (334) 481-0828
E-mail: rcw@rsjg.com

Attorney for Defendant Fulford