IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 1:05cv686-WHA ) |
| RONNIE B. HALES, et al., | ) ) |
| Defendants. | ) |

## ORDER

This case is before the court on the Joint Motion to Extend All Deadlines (Doc. #17), filed by the parties on October 24, 2006. For good cause shown, it is hereby ORDERED as follows:

1. The motion is GRANTED.

2. The trial of this case is CONTINUED to the term of court commencing September 24, 2007, with pretrial hearing to be held on August 27, 2007.

3. The parties are DIRECTED to file a Revised Report of Parties Planning requesting new deadlines **no later than November 10, 2006**.

4. This is the second time that the trial of this case has been continued. The case will not be continued again, and the parties are DIRECTED to take whatever steps are necessary to either settle this case or have it prepared for trial in accordance with a revised scheduling order which will be entered after the court considers the Revised Report of Parties Planning Meeting.

DONE this 30th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE