IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 1:05-CV-686-A ) |
| RONNIE B. HALES AND WINTON FULFORD, | ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and the Defendants, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action without prejudice, each party to bear its own costs.

I hereby certify that all parties agree that the foregoing be submitted electronically to the Clerk of the Court by Plaintiff on this 13th day of July, 2007.

s/Stephen M. Doyle
STEPHEN M. DOYLE
Assistant United States Attorney
Chief, Civil Division
JAMES J. DUBOIS
Assistant United States Attorney
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-mail:  stephen.doyle@usdoj.gov
         james.dubois2@usdoj.gov

Attorneys for Plaintiff

s/Donald R. Jones, Jr.
DONALD R. JONES, Jr.
Attorney at Law, P.C.
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109
Telephone: (334) 277-3939
Facsimile: (334)277-3772
E-mail: don@djoneslaw.com

s/Ronald W. Wise
RONALD W. WISE
Law Offices of Ronald W. Wise
2000 Interstate Park Drive, Suite 105
Montgomery, AL 36109
Telephone: (334)260-0003
Facsimile: (334) 260-8005
E-mail: ronwwise@aol.com

Attorneys for Defendant Ronnie B. Hales

s/Wade H. Baxley
WADE H. BAXLEY
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, AL 36302-1486
Telephone: (334)793-6550
Facsimile: (334)793-1433
E-mail:  whb@rbmlaw.org

s/Robert Charles Ward, Jr.
ROBERT CHARLES WARD, JR.
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3229
Facsimile:  (334) 262-0033
E-mail:  rcw@rsjg.com

Attorneys for Defendant Winton Fulford