IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:05cv686-WHA |
| | ) |
| RONNIE B. HALES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Stipulation of Dismissal (Doc. #22), filed by the Plaintiff on July 13, 2007, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED without prejudice, the parties to bear their own costs.

DONE this 18th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE